**No. 10-7042. John J. Tauro, Petitioner v. Max Baer, et al.**

562 U.S. 1253, 131 S. Ct. 1562, 179 L. Ed. 2d 369, 2011 U.S. LEXIS 1137.

February 22, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1144, 131 S. Ct. 915, 178 L. Ed. 2d 764, 2011 U.S. LEXIS 262.

**No. 10-7149. Lisa J. Gillard, Petitioner v. Proven Method Seminars, LLC.**

562 U.S. 1253, 131 S. Ct. 1562, 179 L. Ed. 2d 369, 2011 U.S. LEXIS 1206.

February 22, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1095, 131 S. Ct. 804, 178 L. Ed. 2d 537, 2010 U.S. LEXIS 9479.

**No. 10-7171. Richard Morrison, Petitioner v. United States.**

562 U.S. 1253, 131 S. Ct. 1562, 179 L. Ed. 2d 369, 2011 U.S. LEXIS 1293.

February 22, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1075, 131 S. Ct. 675, 178 L. Ed. 2d 502, 2010 U.S. LEXIS 9099.

**No. 10-7185. Buster O'Neal, Jr., Petitioner v. L. Gale Buckner, et al.**

562 U.S. 1253, 131 S. Ct. 1563, 179 L. Ed. 2d 369, 2011 U.S. LEXIS 1144.

February 22, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1114, 131 S. Ct. 833, 178 L. Ed. 2d 567, 2010 U.S. LEXIS 9802.

**No. 10-7218. Howard Ellis, Petitioner v. James Benedetti, et al.**

562 U.S. 1253, 131 S. Ct. 1563, 179 L. Ed. 2d 369, 2011 U.S. LEXIS 1243.

February 22, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1148, 131 S. Ct. 926, 178 L. Ed. 2d 771, 2011 U.S. LEXIS 591.

**No. 10-7284. Howard Ellis, Petitioner v. United States District Court for the District of Nevada.**

562 U.S. 1253, 131 S. Ct. 1563, 179 L. Ed. 2d 369, 2011 U.S. LEXIS 1110.

February 22, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1150, 131 S. Ct. 979, 178 L. Ed. 2d 774, 2011 U.S. LEXIS 80.

**No. 10-7313. In re James Thomas Wright, Jr., Petitioner.**

562 U.S. 1253, 131 S. Ct. 1563, 179 L. Ed. 2d 369, 2011 U.S. LEXIS 1190.

February 22, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1059, 131 S. Ct. 683, 178 L. Ed. 2d 517, 2010 U.S. LEXIS 9401.